AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Andrew Leftt, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Kingdom of Saudi Arabia, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:  04/18/2018

*Attorney's signature*

Andrew C. Laufer (AL 6331)
*Printed name and bar number*

Law Office of Andrew C. Laufer, PLLC
255 West 36th Street, Suite 1104
New York, NY 10018

*Address*

alaufer@lauferlawgroup.cpm
*E-mail address*

(212) 422-1020
*Telephone number*

(212) 422-1069
*FAX number*