UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Lefft et al. v. Kingdom of Saudi Arabia, No. 18-cv-03353

    Counsel for the Plaintiffs in Lefft et al. v. Kingdom of Saudi Arabia, No. 18-cv-03353 ("Lefft") recently filed two Notices of Amendment to remedy errors identified in previous Notices of Amendment. See ECF Nos. 9028 (Order addressing errors in prior Notices of Amendment), 9083, 9084 (new Notices of Amendment).[1]

    The Court's Notice of Amendment template requires counsel to identify for each new plaintiff the "Paragraphs of [the] Complaint Discussing [the] 9/11 Decedent." ECF No. 5234. This information is necessary because a Notice of Amendment is appropriate only for "a new plaintiff asserting claims for solatium damages with respect to a deceased family member whose estate previously filed claims against" the defendant. Id.

    The new Notices of Amendment filed on behalf of the Lefft plaintiffs do not include citations to any complaint, as required by the template. See ECF Nos. 9083, 9084. To correct this oversight, the Court again encourages counsel to review its October 28, 2019 Order to determine

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.

whether the relevant plaintiffs meet the requirements for inclusion in a Notice of Amendment. See ECF No. 5234. Counsel should file a status letter or, if appropriate, corrected Notices of Amendment by May 19, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 12, 2023
         New York, New York