# Law Office of Andrew C. Laufer, PLLC

264 West 40th Street, Suite 604
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

May 19, 2023

Via ECF
Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In re Terrorist Attacks on September 11, 2001 –
      MDL – 03-md-01570 (GBD) (SN)
      Leftt v. Kingdom of Saudi Arabia - 18-cv-03353

Your Honor:

We are counsel to the Leftt plaintiffs in the referenced action. This status letter is submitted pursuant to the Courts Order of May 12th, 2023 directing plaintiff's counsel to "…file a status letter or, if appropriate, corrected Notices of Amendment by May 19, 2023.

We continue to review Your Honor's prior orders to ascertain how to appropriately remediate the prior defective filings. Your affirmant respectfully requests the Court afford plaintiff's counsel additional time to make the appropriate corrections.

Your affirmant is also currently on trial in New York State Supreme Court for the County of Kings in the Matter of Smith v. the City of New York, et al – Index # 25183/2018. A jury has been selected but the parties are still awaiting assignment to a trial judge. Based upon the aforementioned, your affirmant respectfully requests additional time to address this issue.

Thank you for your time and attention to this matter.

Respectfully submitted,

Andrew C. Laufer

ACL/bd

Cc.: Counsel for KSA – via ECF